Form 3-1

UNITED STATES COURT OF INTERNATIONAL TRADE   FORM 3

| | |
|---|---|
| **COALITION OF AMERICAN MILLWORK PRODUCERS,**<br><br>　　　　　　　　**Plaintiff,**<br><br>　　　　v.<br><br>**UNITED STATES,**<br><br>　　　　　　　　**Defendant.** | Before: Hon. _____,<br>　　　　　　　Judge<br><br>Court No. 24-00194 |

**TO:**　The Attorney General and the Department of Commerce:

　　**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

　　　　　　　　　　　　　　　　　　　/s/ *Mario Toscano*
　　　　　　　　　　　　　　　　　　　Clerk of the Court

1. Plaintiff, the Coalition of American Millwork Producers, is an association, a majority of whose members manufacture, produce, or wholesale the domestic like product in the United States, and is an interested party within the meaning of 19 U.S.C. § 1516a(f)(3) and 19 U.S.C. § 1677(9)(F). Plaintiff was a participant in the administrative review under appeal, including by filing comments and written arguments. Plaintiff has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
   (Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the U.S. Department of Commerce's final results and partial rescission in the 2022-2023 administrative review of the antidumping duty order on *Wood Mouldings and Millwork Products from the People's Republic of China*, 89 Fed. Reg. 76,452 (Dep't Commerce Sept. 18, 2024). This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(I) and (a)(2)(B)(iii).
   (Brief description of the contested determination)

3. September 18, 2024
   (Date of determination)

Form 3-2

4.  September 18, 2024 (89 Fed. Reg. 76,452)
    (If applicable, date of publication in Federal Register of notice of contested determination)

Timothy C. Brightbill, Esq.
Laura El-Sabaawi, Esq.
Maureen E. Thorson, Esq.
Adam M. Teslik, Esq.
Jeffrey O. Frank, Esq.
Elizabeth S. Lee, Esq.
Theodore P. Brackemyre, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
WileyTrade@wiley.law

*/s/ Timothy C. Brightbill*
Signature of Plaintiff's Attorney

October 18, 2024
Date

**SEE REVERSE SIDE**

## SERVICE OF SUMMONS BY THE CLERK

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan 1, 2007; Dec. 7, 2010, eff. Jan 1, 2011).

Attorney in Charge
International Trade Field Office
U.S. Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044