| UNITED STATES COURT OF INTERNATIONAL TRADE | FORM 7A |
|---|---|

Coalition of American Millwork Producers

                              Plaintiff,

v.

United States

                              Defendant.

Court No.   24-00194

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses this action.

Dated: November 15, 2024

                                    Timothy C. Brightbill

                                        Attorney for Plaintiff

2050 M Street NW

                                        Street Address

Washington, D.C. 20036

                                        City, State and Zip Code

(202)-719-7049

                                        Telephone No.

### Order of Dismissal

This action, having been voluntarily noticed for dismissal by plaintiff, is dismissed.

Dated: November 18, 2024       Clerk, U. S. Court of International Trade

                              By:  /s/ Giselle Almonte
                                            Deputy Clerk

Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name |
|---|---|
| 1:24-cv-00194-N/A | Coalition of American Millwork Producers |

Order of Dismissal

    This action and those listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: November 18, 2024

Clerk, U. S. Court of International Trade

By: /s/ Giselle Almonte
Deputy Clerk

(As added Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)